1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY CAMPBELL,

11            Plaintiff,                          No. CIV S-06-0178 GEB PAN P

12        vs.

13   A. PEREIRA, et al.,

14            Defendants.                         ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28

18   U.S.C. §1915.

19            Review of court records reveals that on at least three occasions prior to the filing

20   of this action lawsuits filed by plaintiff in this district were dismissed on the grounds that they

21   were frivolous or malicious or failed to state a claim upon which relief may be granted.[1]  See

22   Order filed June 21, 1999, in Campbell v. Butts, No. CIV F-98-6483 AWI SMS P (E.D. Cal.);

23   Order filed March 27, 2001, in Campbell v. Randalph, No. CIV F-99-5462 REC HGB P (E.D.

24   Cal.); and Order filed May 27, 2005, in Campbell v. Baughman, No. CIV S-05-0066 MCE DAD

25   _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505
     (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                                   1

1  P (E.D. Cal.).  Plaintiff was incarcerated when he brought each of these actions and he did not

2  appeal the final judgment in any of them.

3         Under the in forma pauperis statute, a prisoner may not bring a civil action or

4  appeal a civil judgment,

5         if the prisoner has, on 3 or more prior occasions, while incarcerated
       or detained in any facility, brought an action or appeal in a court of
6       the United States that was dismissed on the grounds that it is
       frivolous, malicious, or fails to state a claim upon which relief may
7       be granted, unless the prisoner is under imminent danger of serious
       physical injury.

8

9  28 U.S.C. § 1915(g).  Plaintiff has not alleged facts that suggest he is under imminent danger of

10 serious physical injury.  Thus, plaintiff must pay the filing fee in order to proceed with this case.

11         In accordance with the above, IT IS HEREBY ORDERED that:

12         1.  Plaintiff's January 26, 2006, application to proceed in forma pauperis is

13 denied;

14         2.  Within 20 days from the date of this order plaintiff shall submit the $250 filing

15 fee pursuant to 28 U.S.C. § 1914(a) for this action; and

16         3.  Failure to comply with this order will result in a recommendation that this

17 action be dismissed.

18 DATE: April 7, 2006.

19

20                                   UNITED STATES MAGISTRATE JUDGE

21

22 \004

23 \camp0178.fee

24

25

26

2