IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                      No. CIV S-06-0178 GEB PAN P

    vs.

A. PEREIRA, et al.,

    Defendans.                  FINDINGS & RECOMMENDATIONS

                             /

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On April 7, 2006, the court found plaintiff to be in violation of 28 U.S.C. § 1915(g) and gave plaintiff 20 days to submit the $250 filing fee pursuant to 28 U.S.C. § 1914(a). The court warned plaintiff that if he did not do so the court would recommend this action be dismissed.

        The 20 days have passed and plaintiff has not paid the filing fee or otherwise responded to the April 7, 2006, order.

        This action should be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections.

1

1  The document should be captioned "Objections to Magistrate Judge's Findings and
2  Recommendations."  Failure to file objections within the specified time may waive the right to
3  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: May 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\camp0178.57